UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
ALISSA FREDRICKS,                                  :

           Plaintiff,                    :    Civil Action
                                                 No. 19-10331-JGD
    v.                                              :

MARKEL CATCO INVESTMENT                            :
MANAGEMENT LTD. AND MARKEL
CORP.,                                             :

           Defendants.                   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF APPEARANCE

       Please enter my appearance as counsel of record for Defendants Markel CATCo Investment Management Ltd. and Markel Corporation in the above-captioned action. Pursuant to Local Rule 83.5.2(b), the undersigned is authorized to receive all notices in this action.

       Defendants do not waive, and expressly preserve, any and all defenses.

Dated:  March 19, 2019          Respectfully submitted,
        Boston, Massachusetts

                                      /s/ James R. Carroll
                                      James R. Carroll (BBO #554426)
                                      SKADDEN, ARPS, SLATE,
                                        MEAGHER & FLOM LLP
                                      500 Boylston Street
                                      Boston, Massachusetts 02116
                                      (617) 573-4800
                                      james.carroll@skadden.com

                                      Counsel for Defendants Markel CATCo Investment
                                      Management Ltd. and Markel Corporation