UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
ALISSA FREDRICKS,                          :

       Plaintiff,              :    Civil Action
                                          No. 19-10331-JGD
   v.                                :

MARKEL CATCO INVESTMENT          :
MANAGEMENT LTD. AND MARKEL
CORP.,                                       :

       Defendants.             :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF APPEARANCE

Please enter my appearance as counsel of record for Defendants Markel CATCo Investment Management Ltd. and Markel Corporation in the above-captioned action. Pursuant to Local Rule 83.5.2(b), James R. Carroll of Skadden, Arps, Slate, Meagher & Flom LLP is authorized to receive all notices in this action.

Defendants do not waive, and expressly preserve, any and all defenses.

Dated: March 19, 2019
       Boston, Massachusetts

Respectfully submitted,

/s/ Christopher A. Lisy
Christopher A. Lisy (BBO #662283)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
500 Boylston Street
Boston, Massachusetts 02116
(617) 573-4800
christopher.lisy@skadden.com

Counsel for Defendants Markel CATCo Investment Management Ltd. and Markel Corporation