UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
ALISSA FREDRICKS, :

         Plaintiff, : Civil Action
                                 No. 19-10331-JGD
    v. :

MARKEL CATCO INVESTMENT :
MANAGEMENT LTD. AND MARKEL
CORP., :

         Defendants. :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**DEFENDANT MARKEL CATCO INVESTMENT
MANAGEMENT LTD.'S CORPORATE DISCLOSURE STATEMENT**

       Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant Markel CATCo Investment Management Ltd. hereby certifies that it is a wholly-owned subsidiary of Alterra Capital Holdings Limited, which in turn is a wholly-owned subsidiary of Markel Corporation ("Markel"), a publicly-held corporation. Markel has no parent company, and no publicly-held corporation owns 10% or more of Markel's stock.

Dated: March 19, 2019
        Boston, Massachusetts

Respectfully submitted,

/s/ James R. Carroll
James R. Carroll (BBO #554426)
Christopher A. Lisy (BBO #662283)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
500 Boylston Street
Boston, Massachusetts 02116
(617) 573-4800
james.carroll@skadden.com
christopher.lisy@skadden.com

Counsel for Defendants Markel CATCo Investment
Management Ltd. and Markel Corporation