UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| ALISSA FREDRICKS, | : |
| Plaintiff, | : Civil Action No. 19-10331-JGD |
| v. | : |
| MARKEL CATCO INVESTMENT MANAGEMENT LTD. AND MARKEL CORP., | : |
| Defendants. | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## DEFENDANT MARKEL CORPORATION'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant Markel Corporation ("Markel") hereby certifies that Markel has no parent company, and no publicly-held corporation owns 10% or more of its stock.

Dated: March 19, 2019
       Boston, Massachusetts

Respectfully submitted,

/s/ James R. Carroll
James R. Carroll (BBO #554426)
Christopher A. Lisy (BBO #662283)
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
500 Boylston Street
Boston, Massachusetts 02116
(617) 573-4800
james.carroll@skadden.com
christopher.lisy@skadden.com

Counsel for Defendants Markel CATCo Investment Management Ltd. and Markel Corporation