UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
ALISSA FREDRICKS,

               Plaintiff,

    v.

MARKEL CATCO INVESTMENT
MANAGEMENT LTD AND MARKEL CORP.,

               Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Civil Action
No. 19-10331-RGS

## DEFENDANTS' NOTICE OF INTENT
## TO RAISE ISSUES CONCERNING FOREIGN LAW

Pursuant to Federal Rule of Civil Procedure 44.1, defendants Markel CATCo Investment Management Ltd and Markel Corp. (collectively, "Defendants") hereby give notice that Defendants intend to raise issues concerning Bermuda law in support of their Motion To Dismiss Plaintiff's Amended Complaint, filed herewith.

Dated: April 29, 2019
       Boston, Massachusetts

David E. Schwartz (*pro hac vice* forthcoming)
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
david.schwartz@skadden.com

Respectfully submitted,

/s/ James R. Carroll
James R. Carroll (BBO #554426)
Christopher A. Lisy (BBO #662283)
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
500 Boylston Street
Boston, Massachusetts 02116
(617) 573-4800
james.carroll@skadden.com
chistopher.lisy@skadden.com


Counsel for Defendants
Markel CATCo Investment Management Ltd and
Markel Corporation