UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
ALISSA FREDRICKS,

                Plaintiff,

   v.

MARKEL CATCO INVESTMENT MANAGEMENT LTD AND MARKEL CORP.,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Civil Action
No. 19-10331-RGS

## TRANSMITTAL DECLARATION OF JAMES R. CARROLL

I, JAMES R. CARROLL, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am a member of the bars of the Commonwealth of Massachusetts and the United States District Court for the District of Massachusetts, and a member of the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, counsel for Defendants Markel CATCo Investment Management Ltd ("MCIM") and Markel Corporation ("Markel," together with MCIM, "the Defendants") in the above-captioned action.

2. I make this declaration in connection with Defendants' Motion To Dismiss Plaintiff's Amended Complaint, filed herewith, and for the purpose of transmitting to the Court a true and correct copy of the following document attached as an Exhibit to this Declaration:

| **Exhibit** | **Document** |
|---|---|
| 1. | Employment Agreement between Plaintiff and MCIM dated December 21, 2016 |

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 29, 2019
Boston, Massachusetts

Respectfully submitted,

/s/ James R. Carroll
James R. Carroll (BBO #554426)
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
500 Boylston Street
Boston, Massachusetts  02116
(617) 573-4800
james.carroll@skadden.com

Counsel for Defendants
Markel CATCo Investment Management Ltd
and Markel Corporation