UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
ALISSA FREDRICKS,                             :
                    Plaintiff,                   Civil Action
                                              :  No. 19-10331-RGS
        v.
                                              :
MARKEL CATCO INVESTMENT
MANAGEMENT LTD AND MARKEL CORP.,              :

                    Defendants.               :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
```

**<u>NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE</u>**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Alissa Fredricks hereby gives notice of the voluntary dismissal of this action with prejudice. No opposing party has served either an answer or a motion for summary judgment.

Dated: July 2, 2019                    Respectfully submitted,
       Boston, Massachusetts


                                       */s/ Justin J. Wolosz*
                                       Joan A. Lukey (BBO #307340)
                                       Justin J. Wolosz (BBO #643543)
                                       CHOATE HALL & STEWART LLP
                                       Two International Place
                                       Boston, Massachusetts 02110
                                       (617) 248-4949
                                       joan.lukey@choate.com

                                       *Counsel for Plaintiff Alissa Fredricks*


9338139v1